```
1  BENJAMIN B. WAGNER
   United States Attorney
2  SARALYN M. ANG-OLSON, SBN 197404
   Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

5  Attorneys for Plaintiff
   United States of America
6
```



**FILED**

MAR 01 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>APPROXIMATELY $19,000.00 IN U.S. CURRENCY,<br><br>APPROXIMATELY $10,000.00 IN U.S. CURRENCY,<br><br>APPROXIMATELY $16,929.00 IN U.S. CURRENCY, and<br><br>ONE 2005 FORD F-150 TRUCK, VIN: 1FTPW14515FB11508, CALIFORNIA LICENSE NUMBER: 8A48619,<br><br>             Defendants. | 2:10-CV-00796-GEB-GGH<br><br>**ORDER REGARDING CLERK'S ISSUANCE OF WARRANT FOR ARREST OF ARTICLES *IN REM*** |

WHEREAS, a Verified Complaint for Forfeiture *In Rem* has been filed on March 1, 2010, in the United States District Court for the Eastern District of California, alleging that the defendants Approximately $19,000.00 in U.S. Currency, Approximately $10,000.00 in U.S. Currency, Approximately $16,929.00 in U.S. Currency and One 2005 Ford F-150 Truck, VIN: 1FTPW14515FB11508, California License Number: 8A48619 (hereafter "defendant

1  properties"), are subject to forfeiture to the United States
2  pursuant to 21 U.S.C. §§ 881(a)(4) and 881(a)(6) for one or more
3  violations of 21 U.S.C. §§ 841 et seq.;
4     And, the Court being satisfied that, based on the Verified
5  Complaint for Forfeiture In Rem and the affidavit of Drug
6  Enforcement Administration Special Agent Brian Nehring, there is
7  probable cause to believe that the defendant properties so
8  described constitute properties that are subject to forfeiture
9  for such violation(s), and that grounds for the issuance of a
10 Warrant for Arrest of Articles In Rem exist, pursuant to Rule
11 G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime
12 Claims and Asset Forfeiture Actions;
13    IT IS HEREBY ORDERED that the Clerk for the United States
14 District Court, Eastern District of California, shall issue a
15 Warrant for Arrest of Articles In Rem for the defendant
16 properties.
17 Dated: 3-1-2010

EDMUND F. BRENNAN
United States Magistrate Judge