1 | BENJAMIN B. WAGNER
United States Attorney
2 | SARALYN M. ANG-OLSON, SBN 197404
Special Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | Telephone: (916) 554-2700

5 | Attorneys for Plaintiff
United States of America

6

7

8 |              IN THE UNITED STATES DISTRICT COURT

9 |          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        )    2:10-CV-00496-GEB-GGH
                                    )
12 |            Plaintiff,           )    **APPLICATION AND ORDER**
                                    )    **FOR PUBLICATION**
13 |      v.                         )
                                    )
14 | APPROXIMATELY $19,000.00 IN     )
U.S. CURRENCY,                      )
15 |                                 )
APPROXIMATELY $10,000.00 IN U.S.    )
16 | CURRENCY,                       )
                                    )
17 | APPROXIMATELY $16,929.00 IN     )
U.S. CURRENCY, and                  )
18 |                                 )
ONE 2005 FORD F-150 TRUCK, VIN:     )
19 | 1FTPW14515FB11508, CALIFORNIA   )
LICENSE NUMBER: 8A48619,            )
20 |                                 )
            Defendants.             )
21 | _____)

22 |      The United States of America, Plaintiff herein, applies for

23 | an order of publication as follows:

24 |      1.   Rule G(4) of the Supplemental Rules for Admiralty or

25 | Maritime Claims and Asset Forfeiture Actions (hereafter

26 | "Supplemental Rules") provides that the Plaintiff shall cause

27 | public notice of the action to be given in a newspaper of general

28 | circulation or on the official internet government forfeiture

1    site;

2        2.   Local Rule 171, Eastern District of California, provides

3    that the Court shall designate by order the appropriate newspaper

4    or other vehicle for publication;

5        3.   The defendants Approximately $19,000.00 in U.S. Currency

6    and Approximately $10,000.00 in U.S. Currency, were seized in the

7    city of El Cerrito, located in Contra Costa County, California.

8    The defendants Approximately $16,929.00 in U.S. Currency and One

9    2005 Ford F-150 Truck, VIN: 1FTPW14515FB11508, California License

10   Number: 8A48619 (hereafter "defendant Ford") were seized in the

11   city of San Leandro, located in Alameda County, California.   The

12   Drug Enforcement Administration published notice of the non-

13   judicial forfeiture of the defendant currency and defendant Ford

14   on November 16, 23, and 30, 2009, in *The Wall Street Journal*.

15       4.   Plaintiff proposes that publication be made as follows:

16            a.   One publication;

17            b.   Thirty (30) consecutive days;

18            c.   On the official internet government forfeiture

19   site www.forfeiture.gov;

20            d.   The publication is to include the following:

21                 (1)   The Court and case number of the action;

22                 (2)   The date of the seizure/posting;

23                 (3)   The identity and/or description of the

24   property seized/posted;

25                 (4)   The name and address of the attorney for the

26   Plaintiff;

27                 (5)   A statement that claims of persons entitled

28   to possession or claiming an interest pursuant to Supplemental

Rule G(5) must be filed with the Court and served on the attorney for the Plaintiff no later than 60 days after the first day of publication on the official internet government forfeiture site; and

(6)  A statement that answers to the Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed and served within 21 days after the filing of the claims and, in the absence thereof, default may be entered and condemnation ordered.

Dated:  2/20/10          BENJAMIN B. WAGNER
                         United States Attorney


                          /s/ Saralyn M. Ang-Olson
                         SARALYN M. ANG-OLSON
                         Special Assistant U.S. Attorney



                              **ORDER**

     IT IS SO ORDERED.

Dated:  March 3, 2010


                         GARLAND E. BURRELL, JR.
                         United States District Judge