BENJAMIN B. WAGNER
United States Attorney
SARALYN M. ANG-OLSON, SBN 197404
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:10-CV-00496-GEB-GGH |
| Plaintiff, ) | |
| v. ) | STIPULATION TO STAY FURTHER PROCEEDINGS AND ORDER |
| APPROXIMATELY $19,000.00 IN U.S. CURRENCY, ) | |
| APPROXIMATELY $10,000.00 IN U.S. CURRENCY, ) | |
| APPROXIMATELY $16,929.00 IN U.S. CURRENCY, and ) | |
| ONE 2005 FORD F-150 TRUCK, VIN: 1FTPW14515FB11508, CALIFORNIA LICENSE NUMBER: 8A48619, ) | |
| Defendants. ) | |

Plaintiff United States of America, and claimant Vi Truong (hereafter "Truong"), by and through their respective counsel, hereby stipulate that a stay is necessary in the above-entitled action, and request that the Court enter an order staying all further proceedings until the conclusion of criminal case against Truong.

///

1    Truong has filed a claim to the defendant $19,000.00 and the
2 defendant $10,000.00, but has not yet filed his Answer and will
3 not be required to do so until the stay contemplated by this
4 stipulation expires.
5    The Grand Jury in the Eastern District of California
6 indicted Truong on violations of 21 U.S.C. §§ 846 and 841(a)(1) -
7 Conspiracy to Manufacture at Least 100 Marijuana Plants and
8 Manufacture of at Least 100 Marijuana Plants.
9    The stay is requested pursuant to 18 U.S.C. §§ 981(g)(1),
10 981(g)(2), and 21 U.S.C. § 881(i).  The plaintiff contends that
11 the defendant $19,000.00 and the defendant $10,000.00 (hereafter
12 collectively "defendant currency") constitute moneys or other
13 things of value furnished or intended to be furnished by any
14 person in exchange for a controlled substance or listed chemical
15 in violation of 21 U.S.C. §§ 841 *et seq.*
16    The plaintiff intends to depose Truong regarding his claim
17 and his involvement in and/or knowledge of drug-trafficking; the
18 source of the funds seized; and other facts as alleged in the
19 complaint.  Truong will likely attempt to depose law enforcement
20 officers who have been involved in the drug-trafficking
21 investigation that resulted in the seizure of the defendant
22 currency and that is the basis for the pending criminal case.  If
23 discovery proceeds at this time, Truong will be placed in the
24 difficult position of either invoking his Fifth Amendment rights
25 against self-incrimination and losing the ability to pursue his
26 claim to the defendant currency, or waiving his Fifth Amendment
27 rights and submitting to a deposition and potentially
28 incriminating himself.  If he invokes his Fifth Amendment rights,

1  the plaintiff will be deprived of the ability to explore the
2  factual basis for the claim he filed with this court in this
3  action.
4       In addition, to the extent Truong intends to depose, among
5  others, the agents involved in the underlying investigation.
6  Allowing depositions of the law enforcement officers at this time
7  would adversely affect the United States' prosecution of the
8  criminal case against Truong.
9       The parties recognize that proceeding with this action
10 at this time has potential adverse effects on the prosecution of
11 the underlying criminal case and/or upon Truong's ability to
12 prove his claim to the defendant currency and to assert any
13 defenses to the forfeiture.  For these reasons, the parties
14 jointly request that this matter be stayed until the conclusion
15 of the criminal case.  At that time the parties will advise the
16 court of the status of the criminal case and will advise the
17 court whether a further stay is necessary.

DATED: 3/30/10              BENJAMIN B. WAGNER
                            United States Attorney


                            /s/ Saralyn M. Ang-Olson
                            _____
                            SARALYN M. ANG-OLSON
                            Special Assistant U.S. Attorney

                            Attorneys for the United States


DATED: 3/30/10

                            /s/ Ray Schwarte, Esq., for:
                            _____
                            By:  Ray Schwarte, Esq., for:
                            for DOUGLAS I. HORNGRAD
                            Attorney for Claimant
                            Vi Truong

**ORDER**

For the reasons set forth above, this action is stayed pursuant to 18 U.S.C. § 981(g)(1), 18 U.S.C. § 981(g)(2), and 21 U.S.C. § 881(i) until the conclusion of the criminal case, at which time the Parties will advise the Court whether a further stay is necessary.

Furthermore, Truong's answer in this civil action must be filed in this civil action within 20 days after such stay is lifted.

**IT IS SO ORDERED.**

Dated:  March 31, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge