BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       v.<br><br>APPROXIMATELY $19,000.00 IN U.S. CURRENCY,<br><br>APPROXIMATELY $10,000.00 IN U.S. CURRENCY,<br><br>APPROXIMATELY $16,929.00 IN U.S. CURRENCY,<br><br>ONE 2005 FORD F-150 TRUCK, VIN: 1FTPW14515FB11508, CALIFORNIA LICENSE NUMBER: 8A48619,<br><br>              Defendants. | 2:10-CV-00496-GEB-DAD<br><br>PARTIAL FINAL JUDGMENT OF FORFEITURE (AS TO SOME BUT NOT ALL DEFENDANT ASSETS) |

Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds:

1. This is a civil forfeiture action against the Approximately $19,000.00 in U.S. Currency and Approximately $10,000.00 in U.S. Currency (the "Truong defendant currency") seized on or about September 16, 2009.  The other assets listed in the caption and subject to forfeiture are not part of this settlement and will be dealt with separately.

2. A Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on March 1, 2010, alleging that said Truong defendant currency is subject to forfeiture to the United States pursuant to 21

1

U.S.C. § 881 (a)(6).

3. On March 1, 2010, the Clerk issued a Warrant for Arrest for the Truong defendant currency, and that warrant was duly executed on March 1, 2010.

4. Beginning on March 6, 2010, for at least 30 consecutive days, the United States published Notice of the Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov.  A Declaration of Publication was filed on April 5, 2010.

5. In addition to the public notice on the official internet government forfeiture site www.forfeiture.gov, actual notice or attempted notice was given to the following individuals:

    a.    Vi Quyen Truong
    b.    Gary Truong
    c.    Michelle P. Chan, also known as Pik Lam Chan
    d.    Sherry Hoang

6. Claimant Vi Quyen Truong ("claimant") filed a claim alleging an interest in the Truong defendant currency on March 23, 2010.  Claimant Pik Lam Chan filed a claim alleging an interest in the Approximately $16,929.00 in U.S. Currency on May 3, 2010.  Claimant Gary Truong filed a claim alleging an interest in the defendant 2005 Ford F-150 Truck on May 3, 2010.  No other parties have filed claims or answers in this matter, and the time in which any person or entity may file a claim and answer has expired.

7. Claimant Vi Quyen Truong represents and warrants that he is the sole owner of the Truong defendant currency.  No other parties have filed a claim for the Truong defendant currency.

8. The Clerk of the Court entered a Clerk's Certificate of Entry of Default against Sherry Hoang on May 21, 2015.  Pursuant to Local Rule 540, the United States and claimant thus join in a request that as part of this Partial Final Judgment of Forfeiture the Court enter a default judgment against the interest, if any, of Sherry Hoang without further notice.

Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

1. The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

2. Judgment is hereby entered against claimant Vi Quyen Truong and all other potential

claimants who have not filed claims in this action.

3. Upon entry of this Partial Final Judgment of Forfeiture, $12,350.00 of the Approximately $19,000.00 in U.S. Currency and $6,500.00 of the Approximately $10,000.00 in U.S. Currency, together with any interest that may have accrued on the total amounts seized, shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to law.

4. Upon entry of this Partial Final Judgment of Forfeiture, but no later than 60 days thereafter, $6,650.00 of the Approximately $19,000.00 in U.S. Currency and $3,500.00 of the Approximately $10,000.00 in U.S. Currency shall be returned to claimant Vi Quyen Truong, through his attorney Douglas Horngrad.

5. The following defendant assets shall remain part of this case and remain subject to forfeiture:
    a. Approximately $16,929.00 in U.S. Currency, and
    b. One 2005 Ford F-150 Truck, VIN: 1FTPW14515FB11508, California License Number: 8A48619.

6. The United States and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the seizure, arrest, or forfeiture of the defendant currency. This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure, arrest, or forfeiture, as well as to those now known or disclosed. The parties waived the provisions of California Civil Code § 1542.

7. Claimant waived any and all claim or right to interest that may have accrued on the defendant currency.

8. All parties are to bear their own costs and attorneys' fees.

9. The U.S. District Court for the Eastern District of California, Hon. Garland E. Burrell, Jr., District Judge, shall retain jurisdiction to enforce the terms of this Partial Final Judgment of Forfeiture.

///

///

///

Partial Final Judgment of Forfeiture

10. Based upon the allegations set forth in the Complaint filed March 1, 2010, and the Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure and arrest of the defendant currency, and for the commencement and prosecution of this forfeiture action.

IT IS SO ORDERED.

Dated: October 2, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge