PHILLIP A. TALBERT
Acting United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:10-cv-00496-MCE-DB |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO STRIKE CLAIMS OF PIK LAM CHAN AND GARY TRUONG PURSUANT TO RULE G(8)(c) OF THE SUPPLEMENTAL RULES FOR ADMIRALTY OR MARITIME AND ASSET FORFEITURE ACTIONS |
| APPROXIMATELY $19,000.00 IN U.S. CURRENCY, | |
| APPROXIMATELY $10,000.00 IN U.S. CURRENCY, | |
| APPROXIMATELY $16,929.00 IN U.S. CURRENCY, | |
| ONE 2005 FORD F-150 TRUCK, VIN: 1FTPW14515FB11508, CALIFORNIA LICENSE NUMBER: 8A48619, | |
| Defendants. | |

Presently before this Court is the United States' Motion to Strike the Claims of Pik Lam Chan and Gary Truong pursuant to Rule G(8)(c)(i)(A)-(B) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (the "Supplemental Rules."  No opposition to that Motion was submitted.   After having read and considered the Motion, given the lack of any opposition, and good cause appearing, the United State' Motion to Strike (ECF No. 31) is hereby GRANTED.  The Court finds as follows:

1. On March 1, 2010, the United States filed this civil forfeiture case against the defendant currency and defendant Ford seized on September 16, 2009. On May 3, 2010, Pik Lam Chan and Gary Truong filed claims to the defendant currency and defendant Ford.

2. Supplemental Rule G(5)(b) provides that a claimant must file an answer or a Rule 12 motion within twenty-one days after filing a claim. If the claimant does not file an answer or a Rule 12 motion, the United States may move to strike a claim or answer "at any time before trial" for "failing to comply with Rule G(5)" and/or "because the claimant lacks standing." Fed. R. Civ. P. Supp. G(8)(c)(i)(A)-(B).

3. Statutory standing requires the claimant to comply with certain procedural and statutory requirements. United States v. 39,557.00, More or Less, in U.S. Currency, 683 F. Supp. 2d 335, 338-39 (D.N.J. 2010). The importance of filing an Answer cannot be understated, since the Answer provides the opportunity to present defenses as to why a claimant has standing to contest the forfeitability of the defendant property. United States v. 1866.75 Board Feet and 11 Doors and Casings, No. 1:07cv1100-GBL, 2008 WL 839792 (E.D. Va. Mar. 25, 2008). Courts have held claimants to strict compliance with the Supplemental Rules. United States v. $487,825 in U.S. Currency, 484 F.3d 662, 664B65 (3d Cir. 2007).

4. To date, no Answer has been submitted by Pik Lam Chan or Gary Truong, have been filed, or have been served on counsel for the United States. Therefore, IT IS HEREBY ORDERED AND ADJUDGED that the Claims of Pik Lam Chan or Gary Truong in the above styled civil action are stricken for failing to comply with Rule G(5) and/or pursuant to Rule G(8)(c)(i)(A)-(B) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions because the claimants lack standing.

IT IS SO ORDERED.

Dated: July 21, 2021

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE