PHILLIP A. TALBERT
Acting United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>APPROXIMATELY $19,000.00 IN U.S. CURRENCY,<br><br>APPROXIMATELY $10,000.00 IN U.S. CURRENCY,<br><br>APPROXIMATELY $16,929.00 IN U.S. CURRENCY,<br><br>ONE 2005 FORD F-150 TRUCK, VIN: 1FTPW14515FB11508, CALIFORNIA LICENSE NUMBER: 8A48619,<br><br>　　　　Defendants. | No. 2:10-cv-0496 MCE DB<br><br>FINDINGS AND RECOMMENDATIONS |

　　　This matter came before the undersigned on the United States' *ex parte* motion for default judgment. There was no appearance by or on behalf of any other person or entity claiming an interest in the above-captioned Approximately $16,929.00 in U.S. Currency ("defendant currency") and 2005 Ford F-150 Truck, VIN: 1FTPW14515FB11508, California License Number: 8A48619 ("defendant Ford") to oppose the United States' motion. Based on the United States' motion and the files and records of the court, THE COURT FINDS as follows:

////

1. This action arose out of a Verified Complaint for Forfeiture *In Rem* filed March 1, 2010.

2. The United States has moved this Court, pursuant to Local Rule 540, for entry of default judgment of forfeiture against potential claimants Gary Truong and Pik Lam Chan (aka Michelle P. Chan).

3. The United States has shown that a complaint for forfeiture was filed; that potential claimants Gary Truong and Pik Lam Chan (aka Michelle P. Chan) received notice of the forfeiture action; that any and all other unknown potential claimants have been served by publication; and that grounds exist for entry of a final judgment of forfeiture.

Therefore, IT IS RECOMMENDED as follows:

1. That Gary Truong and Pik Lam Chan (aka Michelle P. Chan) be held in default;

2. That the United States' motion for default judgment and final judgment of forfeiture be granted;

3. That judgment by default be entered against any right, title, or interests of potential claimants Gary Truong and Pik Lam Chan (aka Michelle P. Chan) in the defendant currency and defendant Ford referenced in the above caption;

4. That a final judgment be entered, forfeiting all right, title, and interest in the defendant currency and defendant Ford to the United States, to be disposed of according to law;

5. That the Default Judgment and Final Judgment of Forfeiture lodged herein be signed by the Honorable Morrison C. England, Jr. and filed by the Clerk of the Court.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within thirty days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections shall be served and filed within fourteen days after service of the objections.  The parties are advised that failure to file objections within the

////

////

specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  August 18, 2021

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.pro se/USv$19,000.0496.mdj.f&rs