PHILLIP A. TALBERT
Acting United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $19,000.00 IN U.S. CURRENCY,<br><br>APPROXIMATELY $10,000.00 IN U.S. CURRENCY,<br><br>APPROXIMATELY $16,929.00 IN U.S. CURRENCY,<br><br>ONE 2005 FORD F-150 TRUCK, VIN: 1FTPW14515FB11508, CALIFORNIA LICENSE NUMBER: 8A48619,<br><br>Defendants. | 2:10-cv-00496-MCE-DB<br><br>DEFAULT JUDGMENT AND FINAL JUDGMENT OF FORFEITURE |

This matter came before the Honorable Magistrate Deborah Barnes on the United States' *ex parte* motion for default judgment. There was no appearance by or on behalf of any other person or entity claiming an interest in the above-captioned Approximately $16,929.00 in U.S. Currency ("defendant currency") and 2005 Ford F-150 Truck, VIN: 1FTPW14515FB11508, California License Number: 8A48619 ("defendant Ford") to oppose the United States' motion. The Magistrate Judge has recommended that the United States' motion be granted. Based on the Magistrate Judge's Findings and Recommendations and the files and records of the Court, it is:

ORDERED, ADJUDGED AND DECREED:

1. The Magistrate Judge's Findings and Recommendations are adopted herein.

2. Gary Truong and Pik Lam Chan (aka Michelle P. Chan) are held in default.

3. A judgment by default is hereby entered against any right, title, or interests of Gary Truong and Pik Lam Chan (aka Michelle P. Chan) in the defendant currency and the defendant Ford referenced in the above caption.

4. A final judgment of forfeiture is hereby entered, forfeiting all right, title, and interest in the defendant currency and the defendant Ford to the United States, to be disposed of according to law.

5. All parties shall bear their own costs and attorney's fees.

IT IS SO ORDERED.

Dated: September 27, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE