IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:10-cv-0496 MCE DB |
| Plaintiff, | |
| v. | ORDER |
| APPROXIMATELY $19,000.00 IN U.S. CURRENCY, | |
| APPROXIMATELY $10,000.00 IN U.S. CURRENCY, | |
| APPROXIMATELY $16,929.00 IN U.S. CURRENCY, | |
| ONE 2005 FORD F-150 TRUCK, VIN: 1FTPW14515FB11508, CALIFORNIA LICENSE NUMBER: 8A48619, | |
| Defendants. | |

The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(19). On August 19, 2021, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations. The fourteen-day period has expired, and plaintiff has not filed any objections to the findings and recommendations.

1

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The findings and recommendations filed August 19, 2021 (ECF No. 37) are adopted in full;

2. Gary Truong and Pik Lam Chan (aka Michelle P. Chan) are held in default;

3. The United States' motion for default judgment and final judgment of forfeiture (ECF No. 36) is granted;

4. Judgment by default is entered against any right, title, or interests of potential claimants Gary Truong and Pik Lam Chan (aka Michelle P. Chan) in the defendant currency and defendant Ford referenced in the above caption;

5. Final judgment is entered, forfeiting all right, title, and interest in the defendant currency and defendant Ford to the United States, to be disposed of according to law; and

6. This case is closed.

IT IS SO ORDERED.

Dated:  September 27, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

2